IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>JUAN CARLOS PINZON,<br><br>Defendant.<br>_____/ | No. C 12-03450 SI<br><br>**ORDER ADOPTING RECOMMENDATION AND REMANDING CASE** |

On July 12, 2012, Magistrate Judge Cousins granted defendant's motion to proceed *in forma pauperis*, but recommended that this removed unlawful detainer case be remanded to state court for lack of jurisdiction. *See* Docket No. 4. Objections to Judge Cousins' recommendation of remand were due by July 26, 2012. To date, no party has filed an objection to Judge Cousins' recommendation.

The Court has reviewed the pleadings on file in this case and Judge Cousins' recommendation and ADOPTS that recommendation. This Court finds that it lacks jurisdiction over this removed case and this case is hereby REMANDED to Contra Costa County Superior Court.

**IT IS SO ORDERED.**

Dated: August 15, 2012

_____
SUSAN ILLSTON
United States District Judge