1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| MARY MILLER,<br><br>    Plaintiff,<br><br>    vs.<br><br>WHOLESALE AMERICA MORTGAGE, INC., a California corporation; LEHMAN BROTHERS HOLDINGS, INC., a Delaware corporation; SECURED ASSET SECURITIES CORPORATION, a corporation of unknown origin; U.S. BANK NATIONAL ASSOCIATION, an Ohio corporation; AURORA LOAN SERVICES, LLC, a Colorado corporation, and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. CV-12-3481-SI<br><br>JUDGE:  Hon. Susan Illston<br><br>[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE PURSUANT TO STIPULATION<br><br>Removal Filed:   July 3, 2012 |

11951.0034/2398332.1                                    1                                    CV-12-3481-SI
[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE

1  **[PROPOSED] ORDER**

2  Pursuant to the stipulation of the parties and, good cause appearing therefor,

3  IT IS HEREBY ORDERED that:

4  1. The initial Case Management Conference, which is currently scheduled for October 12, 2012 at 2:30 p.m. in Courtroom 10 , is continued to December 14, 2012 at 2:30 p.m. in Courtroom 10.

8  **IT IS SO ORDERED.**

10 DATED:_____10/1/12_____

_____
HON. SUSAN ILLSTON
DISTRICT JUDGE, UNITED STATES DISTRICT COURT