IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY MILLER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WHOLESALE AMERICA MORTGAGE, INC.,<br>et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　　　／ | No. C 12-03481 SI<br><br>**ORDER SETTING HEARING** |

　　　Currently pending are defendants' motion to dismiss the First Amended Complaint and plaintiff's motion to remand. In opposing defendants' motion, plaintiff asked for leave to file a Second Amended Complaint. The Court finds that the Second Amended Complaint should be filed and defendants' motions to dismiss the first and amended complaints (Docket Nos. 5 & 19) are denied as moot.

　　　Defendants shall file a motion to dismiss directed to plaintiff's Second Amended Complaint on or before **January 11, 2013.** That motion to dismiss and plaintiff's motion to remand (Docket No. 14) will be heard on **February 22, 2013 at 9:00 a.m.** Plaintiff's opposition to the motion to dismiss, as well as defendants' response to plaintiff's motion to remand, shall be filed on or before **February 1, 2013.** Defendants' reply in support of the motion to dismiss and plaintiff's reply in support of her motion to remand shall be filed on or before **February 8, 2013.**

　　　**The Case Management Conference currently scheduled for December 14, 2012 is continued until Friday, February 22, 2013 at 3:00 p.m.**

　　　**IT IS SO ORDERED.**

Dated: December 10, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge