IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARY MILLER,

    Plaintiff,

v.

WHOLESALE AMERICA MORTGAGE, INC., et al.,

    Defendants.
_____/

No. C 12-03481 SI

**ORDER SETTING HEARING**

    Currently pending are defendants' motion to dismiss the First Amended Complaint and plaintiff's motion to remand. In opposing defendants' motion, plaintiff asked for leave to file a Second Amended Complaint. The Court finds that the Second Amended Complaint should be filed and defendants' motions to dismiss the first and amended complaints (Docket Nos. 5 & 19) are denied as moot.

    Defendants shall file a motion to dismiss directed to plaintiff's Second Amended Complaint on or before **January 11, 2013.** That motion to dismiss and plaintiff's motion to remand (Docket No. 14) will be heard on **February 22, 2013 at 9:00 a.m.** Plaintiff's opposition to the motion to dismiss, as well as defendants' response to plaintiff's motion to remand, shall be filed on or before **February 1, 2013.** Defendants' reply in support of the motion to dismiss and plaintiff's reply in support of her motion to remand shall be filed on or before **February 8, 2013.**

    **The Case Management Conference currently scheduled for December 14, 2012 is continued until Friday, February 22, 2013 at 3:00 p.m.**

    **IT IS SO ORDERED.**

Dated: December 10, 2012

                                                          SUSAN ILLSTON
                                                          United States District Judge